IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:19-CR-99-ALM-AGD-3 |
| | § |
| MIKA JON WALKER (3) | § |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to the Court for a report and recommendation, it conducted a hearing on May 13, 2024, to determine whether Defendant violated the terms of his supervised release. Defendant was represented by Assistant Public Defender Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Chris Eason.

On May 6, 2021, United States District Judge Amos L. Mazzant, III sentenced Defendant to sixty (60) months imprisonment followed by five (5) years of supervised release. *See* Dkts. 136 at 1–3; 158 at 1. On August 4, 2023, Defendant began serving his term of supervised release. *See* Dkt. 158 at 1.

On October 3, 2023, the Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 158), alleging Defendant violated three conditions of his supervised release. *Id.* at 1–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall refrain from any unlawful use of a controlled substance; and (3) Defendant shall not knowingly leave the federal judicial district where he was authorized to reside without first obtaining permission from the Court or the Probation Officer. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) On October 1, 2023, Defendant was arrested by the Grant Parish, Louisiana Sheriff's Office for the offense of Taking Contraband to/from Penal Institutions. The offense is a felony that carries a maximum penalty of ten years imprisonment. His bond was set at $25,000. As of this date, Defendant remains in custody in Colfax, Louisiana.

According to the offense report, a Grant Parish Sherriff's Officer was patrolling near Pollock Federal Prison and observed a vehicle that did not use a turn signal. For this reason, a traffic stop was conducted. Contact was made with a female driver, who stated she was lost and trying to get back to Texas. Officers did not readily believe her, and while talking to her, Defendant was observed walking nearby the federal prison. The officers contacted Defendant, who informed officers that he had an argument with the driver, and he got out of the vehicle and started walking.

The officers did not believe him and proceeded to place him in handcuffs while they further investigated by proceeding to the Cleco Power Plant to view cameras of the activity in that area. At which time, Defendant led one of the officers to an area on the prison property where there was a brown/tan duffle bag that contained the following items: vacuum-sealed bags of tobacco; several lighters; several tobacco wrapping papers; and several gallons of alcohol. Defendant admitted he was going to earn $1,000 to do the "drop." He was subsequently arrested.

(2) On August 7, 2023, Defendant submitted a urine specimen at the United States Probation Office in Plano, Texas, which tested positive for marijuana. The specimen was confirmed positive by the national testing laboratory. Additionally, Defendant signed a written admission, admitting to the unlawful use of methamphetamine and marijuana.

On August 23, 2023, Defendant submitted a urine specimen at the United States Probation Office in Sherman, Texas, which tested positive for marijuana and methamphetamine. The specimen was confirmed positive by the national testing laboratory.

On September 14, 2023, Defendant submitted a urine specimen at the United States Probation Office in Sherman, Texas, which tested positive for marijuana and methamphetamine. The specimen was confirmed positive by the national testing laboratory.

(3) On or about October 1, 2023, Defendant traveled outside the Eastern District of Texas without permission from the Probation Officer, as evidenced by his arrest in Grant Parish, Louisiana.

On May 13, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for May 13, 2024. Defendant entered a plea of true to allegations one through three, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 175. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 13, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for twelve (12) months and one (1) day, with four (4) years of supervised release to follow under the same conditions as those under which he was originally released. The Court further recommends that Defendant be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 13th day of May, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE